IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**THOMAS KIMMONS** *et al.*                                                                 **PLAINTIFFS**

v.                              **Case No.: 4:19-cv-00876-LPR**

**AUTOZONE, INC.** *et al.*                                                                 **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered today and all previous Orders entered in this case, all claims are DISMISSED. The Court's Orders specify whether dismissal of a particular claim is with or without prejudice. That characterization of each dismissal is adopted in this Judgment.

IT IS SO ADJUDGED this 1st day of September 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE